Julio Fabian GUTIERREZ–RODRIGUEZ, Petitioner,

v.

Loretta E. LYNCH, Attorney General, Respondent.

No. 12–73472.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2015.*

Filed May 21, 2015.

Carlos Alfredo Cruz, Esquire, Law Offices of Carlos A. Cruz, Alhambra, CA, for Petitioner.

Sharon Michele Clay, Esquire, Trial, Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: LEAVY, CALLAHAN, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Julio Fabian Gutierrez–Rodriguez, a native and citizen of Guatemala, petitions for review of a Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for asylum, withholding of removal, and protection under the Convention Against Torture ("CAT"). We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's factual findings, *Zehatye v. Gonzales*, 453 F.3d 1182, 1184–85 (9th Cir.2006), and we deny the petition for review.

Substantial evidence supports the agency's determination that Gutierrez–Rodriguez did not establish past persecution or a fear of future persecution in Guatemala because he did not to show the gang members' actions were motivated by his actual or imputed political opinion. *See INS v. Elias–Zacarias*, 502 U.S. 478, 483–84, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992); *Parussimova v. Mukasey*, 555 F.3d 734, 740 (9th Cir.2009) (the REAL ID Act "requires that a protected ground represent 'one central reason' for an asylum applicant's persecution"); *see also Zetino v. Holder*, 622 F.3d 1007, 1016 (9th Cir.2010) (petitioner's "desire to be free from harassment by criminals motivated by theft or random violence by gang members bears no nexus to a protected ground"). Thus, Gutierrez–Rodriguez's asylum and withholding of removal claims fails. *See Dinu v. Ashcroft*, 372 F.3d 1041, 1045 (9th Cir.2004).

Gutierrez–Rodriguez does not challenge the agency's denial of his CAT claim. *See*

*Martinez–Serrano v. INS*, 94 F.3d 1256, 1259–60 (9th Cir.1996) (issues not supported by argument are deemed waived).

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).